IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DONALD TIMMER, | CV 25–51–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| GARY COHEN, et al., | |
| Defendants. | |

Plaintiff Donald Timmer has filed a civil rights complaint under 42 U.S.C.
§ 1983 and the Racketeer Influenced and Corrupt Organizations Act ("RICO"),
alleging his rights were violated when he was prosecuted for a sex crime he did not
commit. (Doc. 1.) On August 29, 2025, Defendants Stacy Siegal, Scott Siegal,
and Jamsco, Inc. filed motions to dismiss. (Docs. 8, 9.) No other defendants have
appeared in the case. To date, Timmer has not responded to either motion or filed
proof of service for any other defendants.

Accordingly, IT IS ORDERED that Timmer must file his responses in
opposition on or before **October 24, 2025**. If he fails to do so, the Court may
resolve the pending motion on the merits with no further notice to Timmer.
Alternatively, the case may be dismissed for failure to prosecute with no further
notice to Timmer. *See* Fed. R. Civ. P. 41(b).

1

IT IS FURTHER ORDERED that on or before **October 24, 2025**, Timmer

must file proof of service for all the defendants that have not yet appeared in the

case. If he fails to do so, the case against those defendants will dismissed for

failure to serve. *See* Fed. R. Civ. P. 4(m).

DATED this 17ʰ day of October, 2025.

 

 

Donald W. Molloy, District Judge
United States District Court