IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DONALD TIMMER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GARY COHEN, et al.,<br><br>　　　　　Defendants. | CV 25–51–BU–DWM<br><br><br>ORDER |

　　　　Plaintiff Donald Timmer has filed a civil rights complaint under 42 U.S.C. § 1983 and the Racketeer Influenced and Corrupt Organizations Act ("RICO"), alleging his rights were violated when he was prosecuted for a sex crime he did not commit. (Doc. 1.) On August 29, 2025, Defendants Stacy Siegal, Scott Siegal, and Jamsco, Inc. filed motions to dismiss. (Docs. 8, 9.) On October 17, 2025, Timmer was ordered to respond and file proof of service for the remaining defendants in the case on or before October 24, 2025. (Doc. 14.) Timmer sort of did so, indicating that he does not oppose Stacy Siegal's motion to dismiss and that he intends to file an amended complaint pursuing only a Wrongful Discharge from Employment Act claim against Scott Siegal and Jamsco, Inc. (*See* Docs. 15, 16.) He also filed proof of service for one additional defendant, Certified Contractors Network. (*See* Doc. 18.)

1

Accordingly, IT IS ORDERED that:

(1) The pending motions to dismiss (Docs. 8, 10), are GRANTED, but Timmer is permitted to file an amended pleading. If Timmer intends to amend his complaint, he must do so on or before October 31, 2025. The failure to file an amended pleading by that date will result in dismissal of the case with no further notice to Timmer. *See* Fed. R. Civ. P. 41(b).

(2) Defendants Gary Cohen, Tim Carrington, Vantige Incorporated, Maggio Roofing, Maggio General Contracting, Certified Contractors Network, LLC, and Certified Contractors Supply, LLC are DISMISSED for lack of service. *See* Fed. R. Civ. P. 4(m).

(3) Timmer must serve his amended pleading on Certified Contractors Network, if a named defendant, within ten (10) days of filing that pleading. He must file his proof of service within three (3) days of doing so. If Certified Contractors Network is not named in that pleading or Timmer fails to serve it as ordered, Certified Contractors Network will be dismissed from this action with no further notice to Timmer. *See* Fed. R. Civ. P. 4(m), 41(b).

DATED this 27 day of October, 2025.

_____
Donald W. Molloy, District Judge
United States District Court

2